UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD ESPARZA CENTENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE LOMBARDO, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01938-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

　　　　On November 21, 2023, *pro se* plaintiff Gerold Esparza Centeno, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. Docket No. 1-1. Plaintiff did not pay the $402 filing fee for this matter or file an application to proceed *in forma pauperis*. *See* Docket No. 1.

　　　　On December 11, 2023, this Court ordered Plaintiff to pay the $402 filing fee or file a complete application to proceed *in forma pauperis* by February 9, 2024. Docket No. 3. Plaintiff has filed several documents, including an amended complaint and a motion for a preliminary injunction, but he has not filed an application to proceed *in forma pauperis* and he has not paid the $402 filing fee. Based on the Plaintiff's continued filing of documents, it appears that he maintains an interest in pursuing this case, and the Court will give him one final opportunity to either pay the $402 filing fee in full or file a complete application to proceed *in forma pauperis*.

　　　　The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a

completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **March 15, 2024,** Plaintiff must either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS SO ORDERED.

DATED:  February 13, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE