UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD ESPARZA CENTENO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOE LOMBARDO, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-01938-JAD-NJK<br><br>**ORDER**<br><br>(Docket Nos. 10, 11, 12) |

　　　　This Court ordered Plaintiff to pay the $402 filing fee or file a complete application to proceed *in forma pauperis* by March 15, 2024.  Docket No. 9.  Plaintiff has filed three identical motions for an extension of time to file an application to proceed *in forma pauperis*.  Docket Nos. 10, 11, 12.  In his motions, Plaintiff states that he requested "a 6 month financial certificate" in January 2024, but has not yet received it from NDOC accounting.  *Id*.  The Court grants Plaintiff an extension until May 13, 2024, to file a complete application to proceed *in forma pauperis*.

　　　　Accordingly, for the reasons stated above,

　　　　IT IS ORDERED that Plaintiff's motion for an extension is **GRANTED**.  Docket No. 10.  The motions at Docket Nos. 11 and 12 are **DENIED** as moot.  No later than **May 13, 2024,** Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis*.

　　　　IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

　　　　IT IS SO ORDERED.

　　　　DATED:  March 14, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE