UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD ESPARZA CENTENO,<br><br>Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01938-JAD-NJK<br><br>**ORDER** |

Plaintiff has filed a motion requesting clarification of the Court's May 13, 2024, Order. Docket No. 16.  The Court's Order explained that, although Plaintiff filed a financial certificate and a trust fund account statement, Plaintiff's request for *in forma pauperis* status was deficient because he "has not filed an application to proceed *in forma pauperis*." Docket No. 15 at 1.  As the Order further explained, for an inmate like Plaintiff to apply for *in forma pauperis* status, he must submit three documents to the Court, including "a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form that is properly signed by the inmate twice on page 3."

The Court now clarifies that Plaintiff's request for *in forma pauperis* status is deficient because he has not yet filed an Application to Proceed *in Forma Pauperis* for Inmate, including the acknowledgement on page 3.  In light of Plaintiff's *pro se* status, the Court grants Plaintiff one final extension until **July 5, 2024**, to complete and file this document.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's motion for clarification, Docket No. 16, is **GRANTED**, as explained in this order.

IT IS FURTHER ORDERED that, no later than **July 5, 2024**, Plaintiff must either pay the full $405 filing fee or file a completed Application to Proceed *in Forma Pauperis* for Inmate, which is pages 1–3 of the Court's approved form, that is properly signed twice on page 3.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of Court is **INSTRUCTED** to send Plaintiff Gerold Esparza Centeno the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

IT IS SO ORDERED.

DATED: June 4, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE