UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD ESPARZA CENTENO,<br><br>Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01938-JAD-NJK<br><br>**ORDER** |

On July 30, 2024, the Court issued an order screening Plaintiff's first amended complaint ("FAC") under 28 U.S.C. § 1915A. Docket No. 19. The Court dismissed the FAC without prejudice and with leave to file a second amended complaint by August 30, 2024. *Id.* at 8. Plaintiff appealed the screening order and, on August 29, 2024, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal. Docket Nos. 20, 23.

Accordingly, for the reasons stated above,

IT IS ORDERED that the deadline for Plaintiff to file a second amended complaint is extended until **October 4, 2024**.

IT IS FURTHER ORDERED that, pursuant to the Court's previous screening order, if Plaintiff chooses not to file a first amended complaint, this case will be subject to dismissal without further prior notice.

IT IS SO ORDERED.

DATED: September 5, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE